IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15–04–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| SPENCER JAMES BRUSELL, | |
| Defendant. | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on August 20, 2015. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Spencer James Brusell's guilty plea after Brusell appeared before him pursuant to Federal Rule of Criminal

Procedure 11, and entered a plea of guilty to one count of counterfeiting obligations or securities of the United States in violation of 18 U.S.C. § 471 (Count I), as set forth in the Indictment. Defendant further agrees to the forfeiture allegations in the Indictment. In exchange for Defendant's plea, the United States has agreed to dismiss Counts II, III and IV of the Indictment.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 27), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Spencer James Brusell's motion to change plea (Doc. 19) is GRANTED and Spencer James Brusell is adjudged guilty of the offenses charged in Count I of the Indictment.

DATED this 4th day of September, 2015.

/s/ Dana L. Christensen
Dana L. Christensen, Chief District Judge
United States District Court